622

*Jr.* for petitioner. *Mr. Abraham E. Freedman* for respondent.

No. 454. AGUILAR *v.* STANDARD OIL CO. OF NEW JERSEY. January 4, 1943. The order denying certiorari, *post,* p. 681, is vacated and the petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit is granted. *Mr. George J. Engelman* for petitioner. *Mr. Vernon S. Jones* for respondent.

No. 553. GALLOWAY *v.* UNITED STATES. January 4, 1943. The motion for leave to proceed on typewritten papers is granted. The petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit is also granted. *Mr. Warren E. Miller* for petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Messrs. Lester P. Schoene, Wilbur C. Pickett,* and *Keith L. Seegmiller* for the United States.

No. 557. NATIONAL LABOR RELATIONS BOARD *v.* GOODYEAR TIRE & RUBBER CO. ET AL. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Solicitor General Fahy* and *Mr. Robert B. Watts* for petitioner. *Messrs. O. R. Hood* and *Forney Johnston* for respondents.

No. 556. BOARD OF COUNTY COMMISSIONERS ET AL. *v.* SEBER ET AL. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Messrs. Mac Q. Williamson,* Attorney General of Oklahoma, and *Houston E. Hill,* Assistant At-

torney General, for petitioners. *Mr. Leonard O. Lytle* for respondents.

No. 569. Tot *v.* United States. January 11, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted limited to the 4th and 5th questions stated in the Government's memorandum. *Mr. Frederic M. P. Pearse* for petitioner. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Robert S. Erdahl* and *Valentine Brookes* for the United States.

No. 496. Sun Oil Co. et al. *v.* Burford et al. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Dan Moody, Wyman S. Gideon,* and *J. B. Robertson* for petitioners. *Messrs. Gerald C. Mann,* Attorney General of Texas, *Ed Roy Simmons, James D. Smullen,* Assistant Attorneys General, and *James P. Hart* for respondents.

No. 580. Owens, Executrix, *v.* Union Pacific Railroad Co. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Frank C. Hanley* for petitioner. *Mr. Roy F. Shields* for respondent.

No. 581. Southland Gasoline Co. *v.* Bayley et al. January 18, 1943. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. Claude H. Rosenstein* for petitioner.